FILED

UNITED STATES COURT OF APPEALS

SEP 26 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HAROLD HOLMES, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>NCO FINANCIAL SERVICES, INC and DOES, 1-100, inclusive,<br><br>    Defendants - Appellees. | No. 11-56969<br><br>D.C. No. 3:10-cv-02543-H-RBB<br>Southern District of California,<br>San Diego<br><br><br>ORDER |

Before: SILVERMAN and WARDLAW, Circuit Judges, and GEORGE, Senior District Judge.[*]

  The panel has voted to deny appellee's petition for rehearing and to reject the suggestion for rehearing en banc.

  The full court has been advised of the suggestion for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

  The petition for rehearing is denied and the suggestion for rehearing en banc is rejected.

---

   [*]  The Honorable Lloyd D. George, Senior District Judge for the U.S. District Court for the District of Nevada, sitting by designation.