UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 07 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HAROLD HOLMES, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>NCO FINANCIAL SERVICES, INC and DOES, 1-100, inclusive,<br><br>        Defendants - Appellees. | No. 11-56969<br><br>D.C. No. 3:10-cv-02543-H-RBB<br>U.S. District Court for Southern California, San Diego<br><br>**MANDATE** |

The judgment of this Court, entered August 16, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $266.50.

                                            FOR THE COURT:
                                            Molly C. Dwyer
                                            Clerk of Court

                                            Synitha Walker
                                            Deputy Clerk